IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LEONARD T. DURHAM**
on behalf of Himself and
All Others Similarly Situated,

Case No.: 2:16-cv-11326
Hon.: Arthur J. Tarnow
Magistrate Judge: Antohony P. Patti

        Plaintiff,

v.

**SCHNEIDERMAN & SHERMAN, P.C.,**
        Defendant.

| | |
|---|---|
| BRIAN P. PARKER ASSOC.<br>BY: Brian P. Parker (P48617)<br>**Attorneys for Plaintiff**<br>2000 Town Center, Suite 1900<br>Southfield, MI 48075<br>(248) 642-6268<br>brianparker@collectionstopper.com | SCHNEIDERMAN & SHERMAN, P.C.<br>BY: Steven A. Jacobs (P68749)<br>**Attorney for Defendant**<br>23938 Research Drive, Suite 300<br>Farmington Hills, MI 48335<br>(248) 539-7400<br>sjacobs@sspclegal.com<br><br>KOPKA PINKUS DOLIN, P.C.<br>BY: Kevin J. Plagens (P55992)<br>      Christopher J. Lenhardt (P74808)<br>**Co-Counsel for Defendant**<br>32605 W. 12 Mile Road, Suite 300<br>Farmington Hills, MI 48334<br>(248) 324-2620<br>kjplagens@kopkalaw.com<br>cjlenhardt@kopkalaw.com |

**STIPULATED ORDER OF DISMISSAL**

    Upon Stipulation of the parties, and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that the above-captioned case is dismissed in its entirety, with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes this case.

                                                                                                     _____
                                                                                                     HON. ARTHUR J. TARNOW
                                                                                                      UNITED STATES DISTRICT COURT

STIPULATED AND AGREED TO:


*/s/ Brain P. Parker (w/permission)*
BRIAN P. PARKER  (P48617)
Attorneys for Plaintiff



*/s/ Christopher J. Lenhardt*
KEVIN J. PLAGENS (P55992)
CHRISTOPHER J. LENHARDT (P74808)
Attorneys for Defendant